## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 AUG 31  PM 1: 33

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

NOE PADILLA-MURILLO,

           Defendant.

CASE NO. 12-cr-02402-DMS

BY _____ DEPUTY

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

    8:1326(a) and (b) - Removed Alien Found in the United States (Felony)(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/30/12

Bernard G. Skomal
U.S. Magistrate Judge